TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LISA A. TILLMAN (Cal SBN 126424)
Special Assistant United States Attorney
      Program Litigation 1
      Social Security Administration | Law & Policy
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: 410-965-5909
      Lisa.A.Tillman@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNDALE DENISE LAIRGRAYES,<br><br>        Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 5:25-cv-02371-MAA<br><br>[~~PROPOSED~~] JUDGMENT RE VOLUNTARY REMAND PURSUANT TO SENTENCE  FOUR OF 42 U.S.C. § 405(G) |

Having approved the parties' joint stipulation to voluntary remand

[Proposed] Judgment Re Remand                                   Page 1

pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment be entered for Plaintiff.

Dated this 12th day of February, 2026.

_____

Honorable Maria A. Audero

United States Magistrate Judge