Young Bin Yim, CA State Bar No. 232340
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawndale Denise LairGrayes, | ) **5:25-CV-02371-MAA** |
| | ) |
| Plaintiff, | ) ~~**PROPOSED**~~ **ORDER AWARDING** |
| | ) **ATTORNEY FEES UNDER THE** |
| v. | ) **EQUAL ACCESS TO JUSTICE** |
| | ) **ACT, PURSUANT TO 28 U.S.C.** |
| Commissioner of Social Security, | ) **§ 2412(d), AND COSTS, PURSUANT** |
| | ) **TO 28 U.S.C. § 1920** |
| Defendant. | ) |
| | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SIX THOUSAND NINE HUNDRED DOLLARS AND EIGHTY EIGHT CENTS ($6,900.88), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED AND FIVE DOLLARS ($405.00), subject to the terms of the above-referenced Stipulation.

Dated: _3/2/2026_

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE